IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOZLY TECH LLC, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | Case No: 2:17-cv-156- JRG-RSP | |
| § | | |
| SERVICEAIDE, INC. § | | |
| § | | |
| Defendant. § | | |
| _____ § | | |
| MOZLY TECH LLC, § | | |
| § | | |
| Plaintiff, § | | |
| vs. § | Case No: 2:17-cv-157- JRG-RSP | |
| § | | |
| INTERNATIONAL BUSINESS § | | |
| MACHINES CORPORATION § | | |
| § | | |
| Defendant. § | | |
| _____ § | | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Mozly Tech LLC's motion to dismiss with prejudice Defendant International Business Machines Corporation pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant International Business Machines Corporation are dismissed with prejudice.

**SIGNED this 23rd day of May, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE